

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FPF, INC. | § § | |
| VS. | § § | CIVIL ACTION NO. 6:02CV437 |
| | § | Judge John Hannah, Jr. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO. | § § § | |
| VS. | § § § | |
| SUNFLOWER DISPLAY, ET AL | § | |

## THIRD-PARTY COMPLAINT FOR INTERPLEADER

1.    Plaintiff, FPF, Inc. has filed against Defendant, American International Specialty Lines Ins. Co. a Complaint, a copy of which is hereto attached as Exhibit "A".

2.    American International Specialty Lines Ins. Co., hereinafter referred to as Third-Party Plaintiff, is a corporation incorporated under the laws of the State of Alaska and having its principal place of business in the State of Alaska. Third-Party Defendants are listed below, together with their mailing addresses where they may be served with Summons and Complaint herein; and they are citizens of the states as indicated in their addresses:

Sunflower Display
3330 E. MacArthur
Wichita, KS 67218

Advanced Imports, Inc.
P. O. Box 9627
Wichita, KS 67277

Miller Pyrotechnics, Inc.
407 N. Broadway
Sterling, KS 67579

Royce Productions, Inc.
P. O. Box 3504
Omaha, NE 65103

Marv Kohler Enterprises
1299 S. Ingalls
Grand Island, NE 68809

Fire in The Sky
4509 Willmet Drive
Scottsbluff, NE 69361



S.R.O. Associates, Inc.
21014 Great Navajo
San Antonio, TX 70357

Balloon Delights
3042 Ryan Street
Lake Charles, LA 70601

Display Partners
1319 W. 6th Avenue
Pine Bluff, AR 71601

Tim Reed
P. O. Box 1488
Silcam Springs, AR 72781

Pepperhead Pyro, Inc.
806 Fall Drive
Allen, TX 75002

Stateline Fireworks, Inc.
P. O. Box 1261
Texarkana, AR 75504

Robert Slaughter
20629 Keenan Out-Off Road
Montgomery, TX 77316

Production Effects
18207 Mason Grove Court
Humble, TX 77346

Chester Davis
P. O. Box 64
Bastrop, TX 78602

Swan Mountain Enterprises
P. O. Box 1749
Breckenridge, CO 80424

Festival Fireworks
2937 N. 29th Street
Phoenix, AZ 85016

Precision Pyrotechnics
64606 Hwy. 41
Pearl River, LA 70452

Slay's Fireworks
255 Fisher Road
Many, LA 71440

Air Magic Fireworks, Inc.
680 Wildwood Road
Batesville, AR 72501

Firelight Productions
11055 S. Poplar Avenue
Broken Arrow, OK 74012

Lighthouse RV Resort, Inc.
P. O. Box 350
Melissa, TX 75454

Lone Star Fireworks Productions
HC74, Box 577
Graham, TX 76450

TMAC Productions
4027 Mossy Grove Court
Humble, TX 77346

Svatek Event Services
2507 Bermuda Dunes Drive
Missouri City, TX 77459

G & D Pyro Productions, Inc.
3300 Cavu Road
Georgetown, TX 73628

Smith and Wilde
309 Mohawk
Rexburg, ID 83440

Property Adventures LLC
10881 Scottsdale Road #220
Scottsdale, AZ 85254

Gemini Fireworks of New Mexico
8525 Fourth Street NW
Albuquerque, NM 87107

Pyro Guys, Inc.
14410 Riata Circle
Reno, NV 89511

Reel to Stage Engineering
12328 Gladstone Street S #5
Sylmar, CA 81342

Fireworks America and Stage
P. O. Box 488
Lakeside, CA 92040

Bread Upon The Waters
3285 W. Muscat
Fresno, CA 83708

Starlight Manufacturing
622 Taylor Avenue
Alameda, CA 94501

Stripes Retail, Inc.
879 NE Redbud Lane
Bremerton, WA 98311

T. W. Graham
240 Millidge Avenue
St. John, NB E2K2M7

International Symposium on Fireworks
Box 100
Grand Pre, N.S.

Fireworks by Girone
P. O. Box 1905
Coamo, PR 00769

Nahoogail Display
P. O. Box 273
Warren, NH 03279

DMD Systems, LLC
940 San Idefmso
Los Alamos, NM 87544

WPA, Inc.
P. O. Box837
Verdugo City, CA 91046

Calbor Enterprises Two
10646 Chiquita Street
Toluca, CA 91602

Fireworks by Manrocce
26272 Avenue 13
Madera, CA 93637

Pyro East, Inc.
400 Montgomery Street #500
San Francisco, CA 94104

Pyro Techniques
839 32nd Street
Richmond, CA 94804

Fireworks FX, Inc.
Box 100
Grand Pre, NS

Red Rocket
P. O. Box 72
Strafford,MO 65757

Hermanos Torres
P. O. Box 1397
San Sabastian, PR 00685

Fourstar Pyrotechnics
P. O. Box 127
Rochester, MA 02770

Pyromoto, Inc.
270 Old Dublin Road
Peterborough, NJ 03458

G. Clark Parkhurst, Jr.
88 Lawndale Avenue
Bristol, CT 06010

Drew Jiritano Ebel
P. O. Box 877
North Bergen, NJ 07047

Hulsky Trading Co., Ltd.
87-47 213th Street
Bayside, NY 11304

Majestic Fireworks Co.
29 College Street
Clinton, NY 13323

Fog Valley Fireworks
8992 Travel-Knepps Corners Road
Lyons, NY 14489

The Little Big Shots, Ltd.
8112 National Pike
Addison, PA 15411

Rizer's Fireworks
Star Route 3 Box 59
Marienville, PA 16239

Pyrotechnics Mgmnt Inc.
863 Benner Pike, Suite 100
State College, PA 18801

Kuser Fireworks Production
247 N. Enola Road
Enola, PA 17025

Castiglone Fireworks
P. O. Box 353
Analomink, PA 18320

Dyberrt Fireworks, Inc.
RR1 Box 1182
Honesdale, PA 16431

Pyro FX Entertainment
P. O. Box 130322
East Haven, CT 06612

LIDU Fireworks Factory
59-11 Kissena Blvd.
Flushing, NY 11355

Fantasy Fireworks Display
28 Fike Road
Stillwater, NY 12170

Empire Specialty Products
4533 Foster Valley Road
Endicott, NY 13780

Tryton Products, Inc.
81 Kelly Lane
Hickory, PA 15340

Beijing Native Produce
P. O. Box 1483
New Castle, PA 16103

9-90 Variety, Inc.
5200 Kuhl Road
Erie, PA 16510

Northeast Fireworks
RR2 Box 82A
Tioga, PA 19645

Skyshooter Displays
9 N. Hand Street
Tower City, PA 17980

David Twiss
1842 Newon Ransom Blvd.
Cooke Summit, PA 18411

Fireworks Concepts, Inc.
2008 Sherwood Road
Wilmington, DE 19310

Assoc Pyrotechnicians
2060 Huntingfields Drive
Huntingtown, MD 20639

Custom Pyrotechnics
1526 C Odell Avenue
Charleston, WV 25302

Hale Artificier, Inc.
545 New Bowers Road
Lexington, NC 27292

Robert Hale, Jr.
120 Walmsley Place
Mooresville, NC 28117

Pyrotek Special Effects
5002 North Royal Avanta
Tucker, GA 30084

Showtime Pyro
1032 Bel Aire Drive
Daytona Beach, FL 32118

Pyrotech Fireworks, Inc.
4110 NW 36 Terrqaco
Gainesville, FL 32066

Dynamic Effects
4031 Edgewood Drive
Coconut Creek, FL 33068

Pyro Display Co, Inc.
1813 Brunns Road
Sebring, FL 33872

Wizard Fireworks
10708 SW 57th Terrace Road
Ocala, FL 34476

Fireworks Factory
P. O. Box 711
Fayetteville, TN 37334

CNSF Co. Ltd.
P. O. Box 10867
Rockville, MD 20849

Pete Farrel Electronics
8838 Valleybrook Drive
Charleston, WV 25312

Naylor's Inc.
P.O. Box 30313
Greenville, NC 27833

Production Design Assoc.
2799 Three Lakes Road
North Charleston, SC 29118

Fireworks of Atlanta
4349 Abbons Bridge Road
Duluth, GA 30096

Taylor Made Pyrotechnical
P. O. Box 911
Anna Maria, FL 32416

Orlando Special Effects
14222 Lake Maryland Road
Orlando, FL 32832

Sparktacular, Inc.
4101 Ravenwood Road, Suite 126
Dania, FL 33312

Florida Pyro Arts Guild
P. O. Box 1397
Homosassa Springs, FL 34447

Lunca Tech, Inc.
143 Moon Drive
Owens Crossroads, AL 35763

NightVision Aerial
4710 Shadow Tree Cove
Arlington, TN 38002

Advanced Technique Fireworks
11018 Buckeye Trace
Goshen, KY 40026

Modern South Industries
280 Gentry Road
Lexington, KY 40509

Ohio PAC
15710 Union Road
Laurelville, OH 45135

Burnett Displays
3854 Street, Route 303
Ravenna, OH 44266

Comet Fireworks Display
37138 Furnace Road
Lisbon, OH 44432

Cooney Applied Techn
P. O. Box 292039
Keltering, OH 45429

PMI DBA Pyro Magic Inc.
4233 A Lafayette Road
Indianapolis, IN 46254

½ Price Fireworks, Inc.
571 Ridge Avenue
Lawrenceburg, IN 47025

DEMC Enterprises, Inc.
308 S. Columbia Street
Union City, In 47390

Great Lakes Fireworks
24806 Marine
Eastpoint, MI 48021

Will Kawaski, Inc.
909 Canal Street
Mt. Pleasant, MI 49410

Loeffler Enterprises, Inc.
14408 Maple Ridge Place
Louisville, KY 40246

Eddie Whabrey
6009 Sadler Road
Leitchfield, KY 42754

Aybss Special Effects FX
1689 West 130th Street, Suite 405
Hinckley, OH 44233

Midwest Fireworks
8550 Route 224
Deerfield, OH 44411

R.T.G. Fireworks
554 Exchange Road
New London, OH 44851

Ramsey Pyrotechnics, Inc.
6196 S-500 W
Frankfort, IN 46041

Fireworks Partners, Inc.
P. O. Box 418
Kingsbury, IN 48345

Lynch Fireworks
56 Oakley Avenue
Greendale, In 47025

Aerial Arts Fireworks
606 West National Avenue
Brazil, IN 47834

Michigan Pyro Arts Guild
P. O. Box 264
Dearborn, MI 48121

American Display
22110 L Drive South
Muskegan, MI 49444

| | |
|---|---|
| Westshore Fireworks<br>6841 E Dewey<br>Fountain, MI 49410 | Summit Pyrotechnic, Inc.<br>2868 Vandenberg Road<br>Muskegan, MI 49444 |
| Prism Fireworks Pyro<br>P. O. Box 793<br>Fort Dodge, IA 50501 | Pyrotax<br>11 Franklin Street<br>Delhi, IA 52223 |
| Iowa Pyro Supply, LLC<br>1000 130th Street<br>Stanwood, LA 52337 | Amusement Brokers Ltd.<br>1875 Branigan Road<br>Beloit, WI 53511 |
| Wisconsin Pyrotechnic<br>123 Dearborn Street<br>Beloa, WI 53511 | Lake Wisconsin Pyrotech<br>N1479 Hwy 188<br>Bloomington, WI 53804 |
| ABC Sales & Marketing<br>1300 Golf Club Road<br>Wausau, WI 54403 | One Night Stand Pyro<br>6485 Wayzata Blvd., Suite 850<br>St. Louis Park, MN 64426 |
| Delaney Fireworks<br>607 Sanborn Street<br>LaCrosse, WI 54603 | LaGrosse Skyrockers, Inc.<br>2801 Onalaska Avenue<br>LaCrosse, WI 54603 |
| Wisconsin PAC, Inc.<br>N4577 Hwy 41 South<br>Fond Du Lac, WI 54935 | Northern Lighters Pyro<br>1446 Arlington Avenue<br>St. Paul, MN 55101 |
| An Ping County Fireworks<br>1143 Scarborough Lane<br>Woodbury,MN 55125 | PGI, Inc.<br>18021 Baseline Avenue<br>Jordan, MN 55352 |
| Nightlighter Fireworks<br>9100 15th Avenue S<br>Bloomington, MN 85425 | Kuhn Fireworks Display Co.<br>5730 Birchdale Road North<br>Brainard,MN 56401 |
| Reichenbach Fireworks<br>815 High Ridge Drive<br>Billings, MT 59105 | Liberty Fireworks, Inc.<br>P. O. Box 2883<br>Great Falls, MT 59403 |
| Magic Happens<br>P. O. Box 6300<br>Bozman, MT 59717 | Fox Marketing<br>1801 South Avenue West<br>Missoula, MT 69801 |

Northwest Display
P. O. Box 85
Arlee, MT 59821

Ultimate FX Etal
P. O. Box 335
Huntley, IL 60142

Strictly FX, LLC
213 W Institute Place
Chicago, IL 60610

Johnny Rocket Display Co.
4410 North Hamilton
Chicago, IL 60625

Stateline Skyrockers Club
P. O. Box 811
South Beloit, IL 61080

MOPYRO
1420 Thoroughbred Lane
Florissant, MO 63033

A.M. Pyrotechnics
5412 S 244 Road
Buffalo, MO 65622

Rainbow Fireworks, Inc.
13761 SE 140 Avenue
Norwich, KS 67113

Piedmont Fireworks Co.
Box 158
Piedmont, KS 67122

Pyrotechnicians Intl Inc.
221 S. Broadway, Suite 800
Wichita, KS 67202

Phoenix Fire Productions
P. O. Box 20312
Wichita, KS 67208

Austin Pyro technics, Inc.
440 Southeast Blvd.
Wichita, KS 67211

3. This is an action of interpleader in which the Third-Party Defendants, in addition to FPF, Inc., Plaintiff and Counter-Defendant herein, are adverse claimants to the proceeds of unearned premiums on a policy of liability insurance.

4. Third-Party Plaintiff received the sum of $171,233.12 from IDS Agency, Inc. of Dallas, Texas, a payment of the premium for a liability insurance policy to be issued for Southwest Pyro Consortium and others.

5. Third-Party Plaintiff issued a policy of liability insurance under Policy No. BE1398108, with Southwest Pyro Consortium and others listed as named insureds.

6.  Subsequently, the Texas Department of Insurance issued a cease and desist order which lead Third-Party Plaintiff to rescind the aforesaid policy due to what it believed to be fraud in the procurement of the insurance.

7.  FPF, Inc., Plaintiff and Counter-Defendant herein, has made a demand for refund of the unearned premium on said policy. Third-Party Defendants either have or may hereafter claim their portion of the aforesaid unearned premiums on said policy.

8.  By reason of these conflicting claims of Plaintiff/Counter-Defendant and Third-Party Defendants, Third-Party Plaintiff, American International Specialty Lines Ins. Co. is in great doubt as to which person and/or entity is entitled to payment of the said unearned premiums.

9.  Third-Party Plaintiff desires to refund the unearned premium to the proper person or persons and/or entities, but is unable to determine who is entitled to it. Accordingly, pursuant to the provisions of 28 U.S.C. 1335, Defendant has paid the net amount of such funds in the sum of $171,233.12 into the registry of this Court. The persons and/or entities who have made claim, or who may hereafter do so, in addition to Plaintiff/Counter-Defendant herein, are hereby being brought into this suit by way of Third-Party Complaint.

WHEREFORE, American International Specialty Lines Ins. Co, as Defendant, Counter-Plaintiff, and Third-Party Plaintiff, demands judgment: (1) that the Court order each of the persons and/or entities named herein as Third-Party Defendants to respond to this Third-Party Complaint and that FPF, Inc. as Counter-Defendant be ordered to file its response to the Counterclaim previously filed herein; (2) that the Court order Counter-Defendant and the Third-Party Defendants to interplead their respective claims; (3) that the Court adjudge whether the Plaintiff/Counter-Defendant or the Third-Party Defendants are entitled to the sum of money; (4) that the Court discharge American

International Specialty Lines Ins. Co. as Defendant, Counter-Plaintiff, and Third-Party Plaintiff from all liability in the premises except to the person or entity it shall adjudge is entitled to the sum of money.

10. That the Court award to American International Specialty Lines Inc. Co. its costs and attorneys' fees.

Respectfully submitted,

*Tom Henson*
TOM HENSON
Attorney-in-Charge
State Bar Card No. 09494000

**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 500
P. O. Box 629
Tyler, Texas 75710
(903) 597-3301
(903) 597-2413 (FAX)

ATTORNEY FOR DEFENDANT,
COUNTER-PLAINTIFF and
THIRD-PARTY PLAINTIFF,
AMERICAN INTERNATIONAL SPECIALTY
LINES INS. CO.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the applicable Rules of Civil Procedure on this the 29th day of October, 2002.

*Tom Henson*
TOM HENSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FPF, INC. | § | |
| | § | |
| | § | CIVIL ACTION NO. 6:02cv437 |
| V. | § | JUDGE Hannah |
| | § | NON-JURY |
| AMERICAN INTERNATIONAL | § | |
| Specialty LINES INS. CO. | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, FPF, Inc., d/b/a 1-Iron Commercial Premium, files this action against Defendant, American International Specialty Lines Insurance Company, based upon the following:

#### Parties

1. Plaintiff, FPF, Inc., d/b/a 1-Iron Commercial Premium, is a Colorado corporation with its principal place of business in Denver, Colorado.

2. Defendant, American International Specialty Lines Insurance Company, is an Alaska corporation with its principal place of business in New York, New York.

#### Jurisdiction

3. The Court has diversity jurisdiction because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the case is between citizens of different states. 28 U.S.C. §1332.

#### Venue

4. Venue is proper because a substantial part of the events or omissions giving rise to the claim occurred in this district, or Defendant is subject to personal jurisdiction in this district. 28 U.S.C. §1391.

-1-


EXHIBIT "A"

## Facts

5.  Upon information and belief, Southwest Pyro Consortium, et al., 3650 Old Bullard Road Suite 130, Tyler, Texas 75701 (the "insured"), contacted Tesher Corporation, P.O. Box 7159, Tyler, Texas 75711, and/or Lumberman's Insurance Agency, Inc., P.O. Box 150440, Lufkin, Texas 75915, to arrange for the issuance of a liability insurance policy.

6.  Tesher Corporation contacted IDS Agency, Inc., d/b/a Market Scout, d/b/a Yorktown Services, 5001 Spring Valley Road, Suite 1000E, Dallas, Texas 75244, about obtaining insurance coverage for the insured. IDS Agency, Inc., placed the insurance coverage for the insured with Defendant, American International Specialty Lines Insurance Company. On or about May 15, 2002, IDS Agency, Inc., invoiced Tesher Corporation for $194,082.99, which included premium, fees, and taxes net of commission.

7.  Plaintiff is an insurance premium finance company. On or about May 15, 2002, Lumberman's Insurance Agency, Inc., requested Plaintiff to finance the insurance premium on behalf of the insured for a liability insurance policy to be issued by Defendant.

8.  On or about May 20, 2002, Plaintiff sent a premium payment in the amount of $154,256.59 to Lumberman's Insurance Agency, Inc., which sent the payment to Tesher Corporation. On or about May 22, 2002, Tesher Corporation sent the $154,256.59 funded by Plaintiff, along with an additional amount paid by the insured, to IDS Agency, Inc., which in turn on May 31, 2002, sent the payment to Defendant for the premium for the insurance policy. Defendant received payment of the premium, including the $154,256.59 funded by Plaintiff. As a result, Defendant issued liability insurance policy no. BE1398108 (the "insurance policy") to the insured.

9. Thereafter, the Texas Department of Insurance issued a cease and desist order against Tesher Corporation.

10. On or about July 11, 2002, Defendant rescinded the insurance policy "due to fraud in the procurement of the insurance. No coverage will be afforded under this policy." Consequently, Defendant forfeited any right or interest in the $154,256.59 funded by Plaintiff for the premium for the insurance policy. Plaintiff had no involvement in the alleged "fraud in the procurement of the insurance."

11. The insurance policy provides for a refund of unearned premiums upon cancellation. Plaintiff is authorized to collect the refund under the premium-finance agreement. Despite repeated demands, Defendant has failed and refused to refund the unearned premium in the amount of $154,256.59 to Plaintiff. Consequently, Defendant has breached the policy. Alternatively, Defendant has been unjustly enriched in the amount of $154,256.59, and Plaintiff is the rightful owner of such funds.

12. Plaintiff requests judgment from and against Defendant as follows:

   a. actual damages of $154,256.59;

   b. prejudgment and post-judgment interest;

   c. statutory damages and penalties;

   d. reasonable and necessary attorney's fees through trial and conditional awards for all appeals;

   e. all costs of court; and

   f. such other and further relief at law or in equity Plaintiff is entitled to receive.

Respectfully submitted,

RITCHESON, DOLLAHITE & LAUFFER, P.C.
Bank of America Southeast Center
3301 Golden Road, Suite 400
Tyler, Texas 75701
(903) 535-2900
(903) 533-8646 (Facsimile)

By: _____
M. Keith Dollahite
State Bar No. 05958550